IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EULOGIO MARTIN,<br><br>                         Petitioner,<br><br>v.<br><br>JOHN MARSHALL, Warden,<br><br>                         Respondent. | C05-3486 MHP<br><br>[PROPOSED] ORDER GRANTING RESPONDENT LEAVE TO FILE MOTION FOR RECONSIDERATION<br><br>Hearing:  No hearing requested<br>Judge:    The Honorable<br>               Marilyn H. Patel |

    The Court has read and considered Respondent's Motion for Leave to File a Motion for Reconsideration, and GOOD CAUSE APPEARING, this Court hereby GRANTS Respondent leave to file the Motion for Reconsideration.

THE CLERK IS ORDERED TO FILE RESPONDENT'S MOTION FOR RECONSIDERATION.

Dated: July 27, 2006

MARILYN H. PATEL
District Judge
United States
Northern District

**DENIED**
Judge Marilyn H. Patel